AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

FILED
NOV 20 P 4:03

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

MONICA P. QUINTANA )
)
)
)
)
*Plaintiff(s)* )
v. ) Civil Action No. 1:15cv1553
CITY OF ALEXANDRIA )
RANDSTAD US, L.P. )
LISA BAKER )
KOURTNEY HARRIS )
)
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

        City of Alexandria
        301 King St. #1300
        Alexandria, VA 22314

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        Stephen B. Pershing
        1416 E Street, N.E.
        Washington, D.C. 20002

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 11-20-15

*Signature of Clerk or Deputy Clerk*

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* CITY OF ALEXANDRIA
was received by me on *(date)* 11/20/15 .

☐ I personally served the summons on the individual at *(place)* 301 KING ST #1300 ALEXANDRIA, VA 22314
TRAVIS MACRAE on *(date)* 11/20/15 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ 0 for travel and $ 0 for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 11/20/15

*Server's signature*

NIKO PERAZICH   OFFICE MANAGER
*Printed name and title*

600 NEW JERSEY AVE NW, WASHINGTON, DC 20001
*Server's address*

Additional information regarding attempted service, etc: