AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia

FILED
2015 DEC -8 P 4:34

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| MONICA P. QUINTANA | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 1:15CV553 |
| CITY OF ALEXANDRIA<br>RANDSTAD US, L.P.<br>LISA BAKER<br>KOURTNEY HARRIS | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Lisa Baker
County of Marin
3501 Civic Center Dr.
San Rafael CA 94903

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Stephen B. Pershing
1416 E Street, N.E.
Washington, D.C. 20002

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 11-20-15

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __LISA BAKER__

was received by me on *(date)* __11/24/2015__ .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*: __I SERVED THE SUMMONS & COMPLAINT ON ANGELA NICHOLSON, HUMAN RESOURCE DIRECTOR, WHO IS THE PERSON IN CHARGE AT LEAST 18 YEARS OF AGE APPARENTLY IN CHARGE OF THE OFFICE OR USUAL PLACE OF BUSINESS.__

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: __11/24/15__

_____
*Server's signature*

ROMANA LAZALDE - PROCESS SERVER

*Printed name and title*
**S&R Services**
903 Sneath Lane #227
San Bruno, CA 94066
www.served-u.com

*Server's address*

Additional information regarding attempted service, etc:
DESCRIPTION OF ANGELA NICHOLSON: WHITE, FEMALE, 40'S, BLONDE HAIR, 5'4", 165 POUNDS.

#11238

| *Attorney or Party without Attorney:* <br> INSTITUTE FOR PUBLIC REPRESENTATION <br> GEORGETOWN UNIVERSITY LAW CENTER <br> 600 NEW JERSEY AVE., NW <br> WASHINGTON, DC 20001 <br><br> *Telephone No:* 202-662-9535 <br> *Attorney for:* Plaintiff | | | | *For Court Use Only* |
|---|---|---|---|---|
| *Ref. No or File No.:* | | | | |
| *Insert name of Court, and Judicial District and Branch Court:* <br> United States District Court For The Eastern District Of Virginia | | | | |
| *Plaintiff:* MONICA P. QUINTANA <br> *Defendant:* CITY OF ALEXANDRIA, et al. | | | | |
| **AFFIDAVIT OF REASONABLE DILIGENCE** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:* <br> 1:15CV1553 |

1. I, ROMANA LAZALDE, and any employee or independent contractors retained by S&R Services are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant LISA BAKER as follows:

2. *Documents:* SUMMONS IN A CIVIL ACTION; COMPLAINT.

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Tue | 11/24/15 | 11:35am | Business | I arrived at the location, went to room 113 (filing room) and the clerk did not know who she was. I then went to room 116 (court services) and subject was not listed in that department. Ed/clerk then stated for me to check with room 234 which is the county clerks office. I then went there and was told by the clerk that there is no one in this department. She then searched the database and stated Subject is listed in the HUMAN RESOURCES DEPARTMENT IN 403/415. At 12:03pm I then went upstairs and I spoke with Sasha Sanderson who is the receptionist stated Subject is in this department and is out to lunch and will return within the next hour which will be 1pm. Attempt made by: ROMANA LAZALDE. Attempt at: COUNTY OF MARIN 3501 CIVIC CENTER DRIVE San Rafael, CA 94903. |
| Tue | 11/24/15 | 1:10pm | Business | PER RECEPTIONIST, SUBJECT HAS NOT RETURNED FROM LUNCH. Attempt made by: ROMANA LAZALDE. Attempt at: COUNTY OF MARIN 3501 CIVIC CENTER DRIVE San Rafael, CA 94903. |
| Tue | 11/24/15 | 1:35pm | Business | Substituted Service on: LISA BAKER Business - COUNTY OF MARIN 3501 CIVIC CENTER DRIVE San Rafael, CA 94903 by Serving: party in item 3.a. a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served by leaving a copy of the document(s) with: ANGELA NICHOLSON, HUMAN RESOURCE DIRECTOR <br> White, Female, 40's, Blonde hair, 5'4", 165 pounds. Served by: ROMANA LAZALDE |

| Attorney or Party without Attorney:<br>INSTITUTE FOR PUBLIC REPRESENTATION<br>GEORGETOWN UNIVERSITY LAW CENTER<br>600 NEW JERSEY AVE., NW<br>WASHINGTON, DC 20001 | | | | For Court Use Only |
|---|---|---|---|---|
| Telephone No: 202-662-9535 | | Ref. No or File No.: | | |
| Attorney for: Plaintiff | | | | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court For The Eastern District Of Virginia | | | | |
| Plaintiff: MONICA P. QUINTANA | | | | |
| Defendant: CITY OF ALEXANDRIA, et al. | | | | |
| **AFFIDAVIT OF REASONABLE DILIGENCE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>1:15CV1553 |

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| | | | | |

3. *Person Executing*
    a. ROMANA LAZALDE
    b. S&R Services
       903 Sneath Lane, Suite 227
       San Bruno, CA 94066
    c. (650) 794-1923, FAX (650) 989-4182

Recoverable Costs Per CCP 1033.5(a)(4)(B)
*d. The Fee for service was:* $95.00
*e. I am:* (3) registered California process server
    (i) Employee
    (ii) Registration No.: 494
    (iii) County: San Mateo

4. *I declare under penalty of perjury under the laws of the State of Virginia and under the laws of the United States Of America that the foregoing is true and correct.*
    Date: Tue, Nov. 24, 2015

Page Number 2

AFFIDAVIT OF REASONABLE DILIGENCE (ROMANA LAZALDE)

geuni.112318

| Attorney or Party without Attorney: <br> INSTITUTE FOR PUBLIC REPRESENTATION <br> GEORGETOWN UNIVERSITY LAW CENTER <br> 600 NEW JERSEY AVE., NW <br> WASHINGTON, DC 20001 <br> Telephone No: 202-662-9535 | | For Court Use Only |
|---|---|---|
| Attorney for: Plaintiff | Ref. No. or File No.: | |

| Insert name of Court, and Judicial District and Branch Court: <br> United States District Court For The Eastern District Of Virginia |
|---|
| Plaintiff: MONICA P. QUINTANA |
| Defendant: CITY OF ALEXANDRIA, et al. |

| AFFIDAVIT OF SERVICE SUMMONS IN A CIVIL | Hearing Date: | Time: | Dept/Div: | Case Number: 1:15CV1553 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION; COMPLAINT

3. a. Party served:      LISA BAKER

4. Address where the party was served:      COUNTY OF MARIN
3501 CIVIC CENTER DRIVE
San Rafael, CA 94903

5. I served the party:
   b. **by substituted service.** On: Tue., Nov. 24, 2015 at: 1:35PM by leaving the copies with or in the presence of:
   ANGELA NICHOLSON, HUMAN RESOURCE DIRECTOR
   White, Female, 40's, Blonde hair, 5'4", 165 pounds
   (1) **(Business)** a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him or her of the general nature of the papers.

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   a. as an individual defendant

7. **Person Who Served Papers:**
   a. ROMANA LAZALDE

   S&R Services
   903 Sneath Lane
   Suite #227
   San Bruno, CA 94066
   Phone 650.794.1923
   FAX 650.989.4182

   Fee for Service:      $95.00
   I Declare under penalty of perjury under the laws of the State of VIRGINIA that the foregoing is true and correct.

   _____ (Date)      _____ (Signature)

8. **STATE OF CALIFORNIA, COUNTY OF** _____
   Subscribed and sworn to (or affirmed) before me on this _____ day of _____ by ROMANA LAZALDE proved to me on the basis of satisfactory evidence to be the person who appeared before me.

AFFIDAVIT OF SERVICE
SUMMONS IN A CIVIL      (Notary Signature)      geuni.112318