AO 440 (Rev. 06/12) Summons in a Civil Action

FILED

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Virginia

2015 DEC -8 P 4:34

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

MONICA P. QUINTANA )
)
)
)
)
*Plaintiff(s)* )
v. ) Civil Action No. 1:15CV1553
CITY OF ALEXANDRIA )
RANDSTAD US, L.P. )
LISA BAKER )
KOURTNEY HARRIS )
)
)
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Randstad US, L.P.
c/o Corporation Service Company
Bank of America Center, 16th Floor
1111 East Main Street
Richmond, VA 23219

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Stephen B. Pershing
1416 E Street, N.E.
Washington, D.C. 20002

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 11-20-15

*Signature of Clerk or Deputy Clerk*

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **RANDSTAD U.S. L.P.**
was received by me on *(date)* **11/20/15**.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: **SUMMONS SENT VIA CERTIFIED MAIL ON 11/20/15.**

My fees are $ **0** for travel and $ **0** for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: **11/20/15**

*Server's signature*

**NIKO PERAZICH   OFFICE MANAGER**
*Printed name and title*

**600 NEW JERSEY AVE NW WASHINGTON DC 20001**
*Server's address*

Additional information regarding attempted service, etc:

English    Customer Service    USPS Mobile                    Register / Sign In

# USPS.COM

## USPS Tracking®



Customer Service ›
Have questions? We're here to help.



Get Easy Tracking Updates ›
Sign up for My USPS.

Tracking Number: **70122920000037613948**

Updated Delivery Day: **Saturday, November 28, 2015**

### Product & Tracking Information

**Postal Product:**　　　　**Features:**
　　　　　　　　　　　　Certified Mail™

### Available Actions

Text Updates

Email Updates

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| November 30, 2015, 7:33 am | Delivered | RICHMOND, VA 23219 |

Your item was delivered at 7:33 am on November 30, 2015 in RICHMOND, VA 23219.

| | | |
|---|---|---|
| November 28, 2015, 8:17 am | Out for Delivery | RICHMOND, VA 23218 |
| November 28, 2015, 8:07 am | Sorting Complete | RICHMOND, VA 23218 |
| November 27, 2015, 4:32 pm | Arrived at Unit | RICHMOND, VA 23219 |
| November 24, 2015, 10:04 pm | Departed USPS Facility | SANDSTON, VA 23150 |
| November 24, 2015, 12:55 pm | Arrived at USPS Facility | SANDSTON, VA 23150 |
| November 21, 2015, 11:33 pm | Arrived at USPS Facility | GAITHERSBURG, MD 20898 |

### Track Another Package

**Tracking (or receipt) number**

70122920000037613948

Track It

### Manage Incoming Packages

Track all your packages from a dashboard.
No tracking numbers necessary.

**Sign up for My USPS ›**



| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _La Wash_ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name): WASH   C. Date of Delivery: 11-78 |
| 1. Article Addressed to:<br><br>Randstad US, L.P.<br>c/o Corporation Service Company<br>Bank of America Center, 16th Floor<br>1111 East Main Street<br>Richmond, VA 23219 | D. Is delivery address different from item 1? ☐ Yes  ☐ No<br>If YES, enter delivery address below: |
| | 3. Service Type<br>☒ Certified Mail®  ☐ Priority Mail Express™<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ Collect on Delivery |
| | 4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7012 2920 0000 3761 3948 |

PS Form 3811, July 2013     Domestic Return Receipt

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

John Graham
Institute for Public Representation
600 New Jersey Ave, NW
MCD 312
Washington, DC 20001